UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE FELDT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLA VISTA PARKS AND RECREATION DISTRICT,<br><br>　　　　　　Defendant. | Case No. CV 21-4722 CJC (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, Defendant's Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, with the following modifications: the dates on page 3, lines 2, 4, 5, 7 and 8, are amended to reflect the correct year of the events described, 2021.

　　　　IT IS ORDERED that Defendant's Motion to Dismiss is GRANTED. Judgment shall be entered dismissing this action with prejudice.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiffs at their current address of record and on counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 20, 2022

                                        CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE