JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE FELDT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLA VISTA PARKS AND RECREATION DISTRICT, <br><br> Defendant. | Case No. CV 21-4722 CJC (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: April 20, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE